```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 35981
   ROBERT W BIELSKI
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

           Debtor
   SSN XXX-XX-6262
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/28/04 and confirmed on 12/17/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 23211.30 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC PAYMENT CENTER | SECURED | 10822.00 | 1298.11 | 10822.00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 608.41 | .00 | 608.41 |
| ACUTE CARE SPECIALIST | UNSECURED | NOT FILED | .00 | .00 |
| ALEXIAN BROTHERS BEHAVIO | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 5105.73 | .00 | 1658.99 |
| BLOOMINGTON FIRE DEPT | UNSECURED | NOT FILED | .00 | .00 |
| BOYER & SCHEIVE MD | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | 1891.21 | .00 | 614.50 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CORNELL SERVICE CENTER | UNSECURED | NOT FILED | .00 | .00 |
| DIAGNOSTIC PATH SERV LTD | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| ELMHURST MEMORIAL HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 342.07 | .00 | 111.15 |
| ADVENTIST GLENOAKS MEDIC | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1146.59 | .00 | 372.56 |
| HUMANA | UNSECURED | NOT FILED | .00 | .00 |
| KYLE WALKER DDS | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL NEUROLOGY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1288.06 | .00 | 418.52 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| RADIOLOGY IMAGING CONSUL | UNSECURED | NOT FILED | .00 | .00 |
| US BANK | UNSECURED | 8658.88 | .00 | 2813.50 |
| VILLAGE OF LOMBARD | UNSECURED | NOT FILED | .00 | .00 |
| CARDIOVASCULAR ASSOCIATE | UNSECURED | NOT FILED | .00 | .00 |
| US BANK | UNSECURED | 291.69 | .00 | 94.78 |
| CAPITAL ONE FINANCIAL | UNSECURED | 887.30 | .00 | 288.31 |

Summary of disbursements:

```
                   SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   10822.00      608.41    19611.53          .00      31041.94
PRINCIPAL PAID       10822.00      608.41     6372.31          .00      17802.72
INTEREST PAID         1298.11         .00         .00          .00       1298.11
TOTAL PAID           12120.11      608.41     6372.31          .00      19100.83
```

The Debtor's attorney, PETER FRANCIS GERACI        , was allowed $   2700.00
and was paid $   2700.00 .

The Trustee received $    879.17 .

Refunds to the Debtor totaled $    531.30 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


Dated: 02/12/08                     /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE